# CIVIL CAUSE FOR JURY TRIAL

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** April 6, 2015
**TIME:** 11:10 to 12:30, 1:30 to 4:15
(4 Hrs. 5 Mins.)

**DOCKET:** 12-CV-4252 (LDW)(ARL)
**TITLE:** Gurrieri v. The County of Suffolk, et al

**APPEARANCES:**
- Plaintiff(s) represented by:
  - **Robert J. Spragg, Esq.**
  - **Peter Grenier, Esq.**

- Defendant(s) represented by:
  - **Susan A. Flynn, Esq.**
  - **Gerard Cushing, Esq.**
  - **Geoffrey H. Pforr, Esq.**

- Court Reporter:   **O. Wicker, P. Lombardi**

- Courtroom Deputy:   Eric L. Russo

---

✓ Plaintiff's Motion to Dismiss as to all claims against Defendant Huntington Hospital is hereby **GRANTED**.

✓ For reasons stated on the record, Juror # 8 is excused.

✓ Jury Trial continued from April 2, 2015, as Defendant Sarala K. Reddy, M.D.

✓ Plaintiff rests its case.

✓ Witnesses for the Defendant called and sworn; testimony given.

✓ Exhibits entered into evidence.

✓ Jury Trial to continue on **April 7, 2015 at 9:30 AM** in Courtroom 940 before Judge Leonard D. Wexler.