# CIVIL CAUSE FOR JURY TRIAL

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** April 8, 2015
**TIME:** 9:30 to 9:40, 11:00 to 11:10
(20 Mins.)

**DOCKET:** 12-CV-4252 (LDW)(ARL)
**TITLE:** Gurrieri v. The County of Suffolk, et al

**APPEARANCES:**
- Plaintiff(s) represented by:
  - **Robert J. Spragg, Esq.**
  - **Peter Grenier, Esq.**

- Defendant(s) represented by:
  - **Susan A. Flynn, Esq.**
  - **Geoffrey H. Pforr, Esq.**

- Court Reporter:   **O. Wicker**

- Courtroom Deputy:  Eric L. Russo

---

✓ Plaintiff's Motion to Dismiss as to all claims against all Suffolk County Defendants is hereby **GRANTED**.

✓ Plaintiff's Motion to Dismiss as to all claims against Defendant Sarala K. Reddy, M.D. is hereby **GRANTED**.

✓ Jurors are excused with the thanks of the Court.

✓ Proceedings concluded.